

**ZABEL FREEMAN**

HOUSTON OFFICE:
1135 HEIGHTS BOULEVARD
HOUSTON, TEXAS 77008
PHONE: 713.802.9117
FACSIMILE: 713.802.9114

MIAMI OFFICE:
ONE SOUTHEAST THIRD AVENUE
SUITE 3000
MIAMI, FLORIDA 33131
PHONE: 786.871.0211
FACSIMILE: 305.351.8316

September 30, 2015

**Via Certified Mail**
Mr. Christopher A. Prine
Clerk, Fourteenth Court of Appeals
301 Fannin Street, Room 245
Houston, Texas 77002

Re:  Cause No. 01-15-00775-CV, *Adriene Sibley v. Seminole Pipeline Company, LLC, et al.,* in the First Court of Appeals in Houston, Texas

Dear Clerk:

This letter is to verify we have returned the enclosed Electronic Clerk's Record for the above-styled case.

If you have any questions, please feel free to contact me at 713-802-9117.

Respectfully,

**ZABEL FREEMAN**

By: _____
Sarah Thorp/Legal Assistant

Enclosures

neopost
09/30/2015
US POSTAGE $006.49°

FIRST-CLASS MAIL

ZIP 77008
041L10248236

9171 9690 0935 0105 8258 95

## ZABEL FREEMAN

**1135 Heights Boulevard**
**Houston, Texas 77008**

Christopher A. Prine
Clerk, Fourteenth Court Appeals
301 Fannin Street, Room 245
Houston, Texas 77002